## GREGORY J. CORREA *v.* COMMISSIONER OF CORRECTION

The petitioner Gregory J. Correa's petition for certification for appeal from the Appellate Court, 101 Conn. App. 554 (AC 27439), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*H. Owen Chace*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided July 17, 2007

## PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY *v.* SCOTT ANDERSON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 101 Conn. App. 438 (AC 27470), is denied.

*William J. Melley III*, in support of the petition.

*Daniel P. Scapellati, Joseph J. Andriola* and *Regen O'Malley*, in opposition.

Decided July 17, 2007